IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| JAMIE CEJA, ) | |
| ) | |
| Petitioner-Appellant, ) | |
| ) | |
| vs. ) | Case No. CV1:15-018 |
| ) | (Formerly CR1:11-359-001) |
| ) | USCA No. 17-13916-C |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent-Appellee. ) | |

## ORDER

The motion of appellant for a certificate of appealability having been **DENIED** and the motion of appellant to strike fees having been **DENIED AS MOOT** in the above-styled action by the United States Court of Appeals for the Eleventh Circuit;

**IT IS HEREBY ORDERED** that the Mandate of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court. This Court's Order of July 12, 2017, is final in all respects.

SO ORDERED, this ___15th___ day of ___March___ 2018.

_____
J. Randal HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA